JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL T.,

      Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

Case No. 5:25-cv-01209-AB-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: April 14, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE